19847. PIERCE *v.* THE STATE.

BROYLES, C. J. The accused was convicted of manufacturing whisky. The evidence, while authorizing a finding that he was guilty of an attempt to manufacture whisky, was insufficient to support the verdict, and the refusal to grant him a new trial was error. As this ruling is controlling in the case, the special assignments of error are not dealt with.

*Judgment reversed.* *Luke and Bloodworth, JJ., concur.*

DECIDED JULY 31, 1929.

228

*D. W. Mitchell,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.